UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. CR414-306 |
| | ) | |
| RICHARD ADAM HALL | ) | |

## ORDER

Defendant Richard Adam Hall is charged with, *inter alia*, production of child pornography. (Doc. 1.) Counsel for defendant has inadvertently left unredacted the names of several of Hall's alleged minor victims in an attachment to his motion to suppress evidence. (Doc. 19.) The Federal Rules of Criminal Procedure instruct attorneys to redact the name of any minor in criminal filings, leaving only the minor's initials. Fed. R. Crim. P. 49.1(a)(3). Given the nature of these proceedings, the Court **DIRECTS** the Clerk to seal the motion to suppress (doc. 19), and it **ORDERS** counsel to file a redacted version of the motion for the public record. Fed. R. Crim. P. 49.1(d).

**SO ORDERED** this 14Th day of October, 2014.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA